# U.S. District Court
# North Carolina Middle District (NCMD)
# CRIMINAL DOCKET FOR CASE #: 1:23−mj−00289−JLW−1
*Internal Use Only*

| | |
|---|---|
| Case title: USA v. HERNANDEZ | Date Filed: 07/10/2023 |
| Other court case number: 3:23−MJ−47 EASTERN DISTRICT OF VIRGINIA | Date Terminated: 07/11/2023 |

Assigned to: MAG/JUDGE JOE L. WEBSTER

**Defendant (1)**

**DENNIS ARNOLDO ZELEDON HERNANDEZ**
*TERMINATED: 07/11/2023*

represented by **AMES COLBY CHAMBERLIN**
FEDERAL PUBLIC DEFENDER
MIDDLE DISTRICT OF NORTH CAROLINA
251 N. MAIN ST., STE. 851
WINSTON−SALEM, NC 27101
336−631−5278 Ext. 5281
Fax: 336−631−5280
Email: Ames_chamberlin@fd.org
*TERMINATED: 07/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Opening) | |
|---|---|
| None | |

| Terminated Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Terminated) | |
|---|---|
| None | |

| Complaints | Disposition |
|---|---|

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **TRACY WILLIAMS−DURHAM**  DOJ−USAO  101 S. EDGEWORTH STREET  SUITE 400  GREENSBORO, NC 27401  336−332−6308  Email: tracy.williams−durham@usdoj.gov  *LEAD ATTORNEY*  *ATTORNEY TO BE NOTICED*  *Designation: United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2023 | | Arrest (Rule 5) of DENNIS ARNOLDO ZELEDON HERNANDEZ (Garrett, Kim) (Entered: 07/10/2023) |
| 07/11/2023 | | Minute Entry for proceedings held before MAG/JUDGE JOE L. WEBSTER:INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to DENNIS ARNOLDO ZELEDON HERNANDEZ held on 7/11/2023. AUSA Tracy Williams−Durham. AFPD Ames Chamberlin appointed and present with defendant. Spanish Interpreter Margo Bender sworn. Defendant advised of rights and charges. Defendant waived hearings and will be transported in custody to the EDVA for further proceedings recorded. Proceedings recorded. (Garrett, Kim) (Entered: 07/11/2023) |
| 07/11/2023 | | Oral Motion Re: Detention by USA as to DENNIS ARNOLDO ZELEDON HERNANDEZ. (Garrett, Kim) (Entered: 07/11/2023) |
| 07/11/2023 | 1 | SEALED FINANCIAL AFFIDAVIT by DENNIS ARNOLDO ZELEDON HERNANDEZ. (Garrett, Kim) (Entered: 07/11/2023) |
| 07/11/2023 | 2 | ORDER appointing AFPD AMES COLBY CHAMBERLIN for DENNIS ARNOLDO ZELEDON HERNANDEZ. Signed by MAG/JUDGE JOE L. WEBSTER on 7/11/23. (Garrett, Kim) (Entered: 07/11/2023) |
| 07/11/2023 | 3 | WAIVER of Rule 5(c)(3) Hearing by DENNIS ARNOLDO ZELEDON HERNANDEZ (Garrett, Kim) (Entered: 07/11/2023) |
| 07/11/2023 | 4 | Commitment Order − Rule 5 as to DENNIS ARNOLDO ZELEDON HERNANDEZ. Signed by MAG/JUDGE JOE L. WEBSTER on 7/11/23. (Garrett, Kim) (Entered: 07/11/2023) |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:23MJ289-1 |
| ) | |
| DENNIS ARNOLDO ZELEDON ) | |
| HERNANDEZ ) | |

### ORDER

This matter comes before the Court for the appointment of counsel to represent Defendant in this matter. The Court has reviewed Defendant's Financial Affidavit, and concludes that Defendant is financially unable to employ counsel, does not wish to waive counsel, and that the interest of justice require appointment of counsel at the Government's expense.

**IT IS THEREFORE ORDERED** that Assistant Federal Public Defender Ames Chamberlin is appointed to represent Defendant in this action.

This, the 11th day of July, 2023.

_____
Joe L. Webster
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

FILED JUL 11 2023 Clerk U.S. District Court Greensboro, NC BY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:23MJ289-1 |
| DENNIS ARNOLDO ZELEDON HERNANDEZ | ) | |
| | ) | Charging District's Case No. 3:23-MJ-47 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __Eastern District of Virginia__.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ (ACC) an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 07/11/2023

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Mireille Clough   Ames Chamberlin
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:23MJ289-1 |
| DENNIS ARNOLDO ZELEDON HERNANDEZ ) | |
| ) | Charging District's |
| *Defendant* ) | Case No. 3:23-MJ-47 |

**FILED JUL 1 1 2023** Clerk U.S. District Court Greensboro, NC BY___

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Eastern___ District of ___Virginia___,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: Spanish_____.

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 07/11/2023

_____
*Judge's signature*

Joe L. Webster, United States Magistrate Judge
*Printed name and title*